In the Matter of the Application of THORNE BAKER for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.